**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **VALCAL INC.** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-1773435** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **309 Cranes Roost Bouolevard**<br>**Suite 2000**<br>**Altamonte Springs, FL 32701**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Seminole**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor    **VALCAL INC.**                                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor    **VALCAL INC.**                                    Case number (*if known*) _____
_____
Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

**█ Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **VALCAL INC.**                                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **VALCAL INC.**                                                Case number (*if known*)
     Name

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  2, 2023**
             MM / DD / YYYY

**X** **/s/ Giovanni Martinez**                                    **Giovanni Martinez**
     Signature of authorized representative of debtor        Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**                          Date   **May  2, 2023**
     Signature of attorney for debtor                        MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone   **407 894 6834**        Email address   **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **VALCAL INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 2, 2023**      X **/s/ Giovanni Martinez**
                                     Signature of individual signing on behalf of debtor

                                       **Giovanni Martinez**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **VALCAL INC.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abishek S Sallapudi 2261 Shadow Ridge Drive Deltona, FL 32725 | | 2008 Freightliner P1200 VIN#40ZAARDU48C758504 2011 Freightliner P1200 VIN#4UZAARDDU6BCBA7603 1998 Freightliner P700 4UZA4FF48WC897349 2016 Chevrole | | $300,000.00 | $107,000.00 | $297,000.00 |
| Allegiant Partners 123 SW Columbia Street Bend, OR 97702 | | 2021 Ford Cutaway VIN#1FDXE4N0M0C36121 | | $54,343.79 | $40,000.00 | $14,343.79 |
| Allegiant Partners 123 SW Columbia Street Bend, OR 97702 | | 2021 Ford P1000 VIN#1F65F5KNXM0A09680 | | $62,887.62 | $50,000.00 | $12,887.62 |
| Allegiant Partners 123 SW Columbia Street Bend, OR 97702 | | 2021 Ford P1000 VIN#1F65F5KNXM0A09663 | | $62,000.37 | $50,000.00 | $12,000.37 |
| Allegiant Partners 123 SW Columbia Street Bend, OR 97702 | | 2022 Ford Cutaway VIN#1FDXE4FNZNDC01548 | | $54,343.79 | $45,000.00 | $9,343.79 |
| Ascentium Capital LLC 23970 Hwy 59 N Kingwood, TX 77339 | | handheld Xebra scanners | | $14,181.86 | $5,400.00 | $8,781.86 |

| Debtor | **VALCAL INC.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Comdata RCPA 5511 Virginia Way #400 Brentwood, TN 37027** | | **fuel cards** | | | | **$35,000.00** |
| **Credibly of Arizona LLC 270 Madison Avenue, Ste 1406 New York, NY 10016** | | **Merchant Cash Advance** | **Unliquidated Disputed** | | | **$48,000.00** |
| **FedEx Ground 1000 FedEx Drive Moon Coraopolis, PA 15108** | | **contingency fee** | | | | **$48,000.00** |
| **Financial Pacific LeasingLLC 3455 S. 344th Way #300 Auburn, WA 98001-9546** | | **2006 Freightliner P1200 VIN#4UZAARBW7 6CW98861** | | **$39,525.12** | **$25,000.00** | **$14,525.12** |
| **Heartland Payroll 13010 Morris Road Alpharetta, GA 30004** | | **payroll service** | | | | **$33,000.00** |
| **Jason Sherman 777 S. Flagler Drive 800 W Palm Beach Gardens, FL 33418** | | **deposit** | | | | **$150,000.00** |
| **Justin DeAngelis 16045 Rosemallow Ln Alva, FL 33920** | | **routes** | | | | **$185,000.00** |
| **North Mill Credit Trust 9 Executive Circle Suite 230 Irvine, CA 92614** | | **2014 Freighliner P1200 VIN#4UZAAPDU8 ECFP2252** | | **$140,000.00** | **$27,000.00** | **$113,000.00** |

Debtor  **VALCAL INC.**
    Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Oakmont Capital**<br>**1398 Wilmington**<br>**Pike**<br>**West Chester, PA**<br>**19382** | | **2011 Freightliner**<br>**P1000**<br>**VIN#4UZANPDU4**<br>**BCAY0653**<br><br>**2005 Freightliner**<br>**P1200**<br>**VIN#4UZAAPBW1**<br>**5CV02383**<br><br>**2013 Ford P1000**<br>**VIN#1F66F5KY5D**<br>**OA04742** | | **$110,000.00** | **$67,000.00** | **$43,000.00** |
| **Payless Gas Station**<br>**10281-10909 County**<br>**Line Rd**<br>**Madison, AL 35758** | | **gas** | | | | **$15,000.00** |
| **Reliabile Premium**<br>**Management**<br>**404 Great Oak Drive**<br>**Waite Park, MN**<br>**56387** | | **worker's**<br>**compensation** | | | | **$16,199.30** |
| **Silicon Ledger**<br>**1113 Murfreesboro**<br>**Road**<br>**Suite 106 #421**<br>**Franklin, TN 37064** | | **services** | | | | **$16,000.00** |
| **Vivian Capital**<br>**486 Market Street**<br>**Newark, NJ 07105** | | **loan** | | | | **$48,000.00** |
| **Wex Bank**<br>**PO Box 6293**<br>**Carol Stream, IL**<br>**60197** | | **fuel cards** | | | | **$39,395.06** |

**Fill in this information to identify the case:**

Debtor name    **VALCAL INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................    $     **970,720.66**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $     **970,720.66**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **1,391,353.55**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$     **663,721.97**

4.  Total liabilities ........................................................................................................
Lines 2 + 3a + 3b    $     **2,055,075.52**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **VALCAL INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Synovus - negative $1,373.08** | **Checking Account** | **5065** | $0.00 |
| 3.2. | **Synovus** | **Checking Account** | **5057** | $120.37 |
| 3.3. | **Synovus** | **Checking Account** | **5073** | $0.00 |
| 3.4. | **Mainstreet** | **Checking Account** | **3078** | $0.29 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                 | $120.66 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor   __VALCAL INC.__                                     Case number *(If known)* _____
         Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**handheld Xebra scanners** | $0.00 | | $5,400.00 |
| **7 handheld Xebra scanners** | $0.00 | | $5,200.00 |
| **Ground cloud cameras** | $0.00 | | $8,000.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.

| $18,600.00 |
|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

| Debtor | **VALCAL INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2008 Freightliner P1200<br>VIN#40ZAARDU48C758504<br>2011 Freightliner P1200<br>VIN#4UZAARDDU6BCBA7603<br>1998 Freightliner P700<br>4UZA4FF48WC897349<br>2016 Chevrolet Cutaway<br>VIN#1GBOGSFF6G1193461<br>2012 Freightlner P1200<br>VIN#4UZAARDU7CCBR1002<br>2012 Freightliner P1200<br>VIN#4UZAARDU1CCBR0878** | **$0.00** | | **$107,000.00** |
| 47.2.    **2000 Freightliner P1000<br>VIN#4UZA4FADZYCH45449** | **$0.00** | | **$8,000.00** |
| 47.3.    **2015 Ford F750<br>VIN#3FRNF7FA6FV745724** | **$0.00** | | **$50,000.00** |
| 47.4.    **2011 Freightliner P1000<br>VIN#4UZANPDU4BCAY0653<br><br>2005 Freightliner P1200<br>VIN#4UZAAPBW15CV02383<br><br>2013 Ford P1000<br>VIN#1F66F5KY5DOA04742** | **$0.00** | | **$67,000.00** |
| 47.5.    **1999 Chevrolet P700<br>VIN#1GBKP32R3X3305264** | **$0.00** | | **$5,000.00** |
| 47.6.    **2000 Freightliner P700<br>VIN#4UZA4FF45YCF81106<br>(Vehicle has been in accident)** | **$0.00** | | **$5,000.00** |
| 47.7.    **1999 GMC P700<br>VIN#1GDKP32KoX3500343** | **$0.00** | | **$5,000.00** |

Debtor   **VALCAL INC.**                                   Case number *(If known)* _____
     Name

| | | | |
|---|---|---|---|
| 47.8. | **1999 Freightliner P1000**<br>**VIN#4JZA4FFD6XCF44998** | $0.00 | $15,000.00 |
| 47.9. | **2000 Freighliner P700**<br>**VIN#4UZA4FF40YCF78534** | $0.00 | $8,000.00 |
| 47.10· | **2022 Freightliner P1200**<br>**VIN#4UZAC3GA3NCNP6646** | $0.00 | $55,000.00 |
| 47.11· | **2022 Freightliner P1200**<br>**VIN#4UZAC3GA8NCNM9636** | $0.00 | $55,000.00 |
| 47.12· | **2022 Freightliner P1200**<br>**VIN#4UZAC3GAXNCNM9637** | $0.00 | $55,000.00 |
| 47.13· | **2022 Freightliner P1200**<br>**4UZAC3GA1NCNM9638** | $0.00 | $55,000.00 |
| 47.14· | **2022 Freightliner R1200**<br>**VIN#4UZAC3GAINCNP6645** | $0.00 | $55,000.00 |
| 47.15· | **2021 Ford P1000**<br>**VIN#1F65F5KNXM0A09680** | $0.00 | $50,000.00 |
| 47.16· | **2022 Ford Cutaway**<br>**VIN#1FDXE4FNZNDC01548** | $0.00 | $45,000.00 |
| 47.17· | **2022 Ford Cutaway**<br>**VIN#1FDXE4FNXN0C13916** | $0.00 | $45,000.00 |
| 47.18· | **2021 Ford Cutaway**<br>**VIN#1FDXE4N0M0C36121** | $0.00 | $40,000.00 |
| 47.19· | **2014 Freighliner P1200**<br>**VIN#4UZAAPDU8ECFP2252** | $0.00 | $27,000.00 |
| 47.20· | **2006 Freightliner P1200**<br>**VIN#4UZAARBW76CW98861** | $0.00 | $25,000.00 |
| 47.21· | **2021 Ford P1000**<br>**VIN#1F65F5KNZMOA10869** | $0.00 | $60,000.00 |
| 47.22· | **2023 Ford Ford Cutaway**<br>**VIN#1FDWE3FKXP0016865** | $0.00 | $55,000.00 |
| 47.23· | **2021 Ford P1000**<br>**VIN#1F65F5KNXM0A09663** | $0.00 | $50,000.00 |

Debtor   **VALCAL INC.**                                            Case number *(If known)* _____
         Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**                                                    | $942,000.00 |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                      **Current value of
                                                                      debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,

| Debtor | **VALCAL INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

country club membership
**2013 International Maxxforce**
**VIN#1HTMMAAL4DH128501**
**There is an agreement to purchase this vehicle.**                                                    **$10,000.00**

---

78.  **Total of Part 11.**                                                                                          **$10,000.00**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **VALCAL INC.**
          Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $120.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $942,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $970,720.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $970,720.66 |

**Fill in this information to identify the case:**

Debtor name __**VALCAL INC.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Abishek S Sallapudi**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2008 Freightliner P1200**<br>**VIN#40ZAARDU48C758504**<br>**2011 Freightliner P1200**<br>**VIN#4UZAARDDU6BCBA7603**<br>**1998 Freightliner P700 4UZA4FF48WC897349**<br>**2016 Chevrolet Cutaway**<br>**VIN#1GBOGSFF6G1193461**<br>**2012 FreightIner P1200**<br>**VIN#4UZAARDU7CCBR1002**<br>**2012 Freigh** | $300,000.00 | $107,000.00 |
| **2261 Shadow Ridge Drive**<br>**Deltona, FL 32725**<br>Creditor's mailing address | Describe the lien<br>**Blanket Auto Lien**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Allegiant Partners**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2021 Ford P1000**<br>**VIN#1F65F5KNXM0A09680** | $62,887.62 | $50,000.00 |
| **123 SW Columbia Street**<br>**Bend, OR 97702**<br>Creditor's mailing address | Describe the lien<br>**Auto Lien**<br>Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |

| Debtor | **VALCAL INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7877**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Allegiant Partners** | **Describe debtor's property that is subject to a lien** | $62,000.37 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**123 SW Columbia Street**
**Bend, OR 97702**

**2021 Ford P1000**
**VIN#1F65F5KNXM0A09663**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7579**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Allegiant Partners** | **Describe debtor's property that is subject to a lien** | $53,038.90 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**123 SW Columbia Street**
**Bend, OR 97702**

**2022 Ford Cutaway**
**VIN#1FDXE4FNXN0C13916**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8399**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Allegiant Partners** | **Describe debtor's property that is subject to a lien** | $54,343.79 | $40,000.00 |
|---|---|---|---|---|

---

Debtor **VALCAL INC.**
_____
Name

Case number (if known) _____

---

Creditor's Name

**123 SW Columbia Street
Bend, OR 97702**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8553**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2021 Ford Cutaway
VIN#1FDXE4N0M0C36121**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Allegiant Partners** | | **Describe debtor's property that is subject to a lien** | $54,343.79 | $45,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**123 SW Columbia Street
Bend, OR 97702**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8554**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2022 Ford Cutaway
VIN#1FDXE4FNZNDC01548**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ascentium Capital LLC** | | **Describe debtor's property that is subject to a lien** | $15,656.00 | $8,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 202122
Florence, SC 29502**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**11/22**

**Last 4 digits of account number**
**1380**

**Do multiple creditors have an
interest in the same property?**

**Ground cloud cameras**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **VALCAL INC.**                                           Case number (if known) _____
_____
       Name

■ No
□ Yes. Specify each creditor,
  including this creditor and its relative
  priority.
_____

□ Contingent
□ Unliquidated
□ Disputed

---

| 2.8 | **Ascentium Capital LLC** | Describe debtor's property that is subject to a lien | $14,181.86 | $5,400.00 |
|---|---|---|---|---|

      Creditor's Name                    **handheld Xebra scanners**

      **23970 Hwy 59 N**
      **Kingwood, TX 77339**
      Creditor's mailing address         **Describe the lien**
                                         _____

                                         **Is the creditor an insider or related party?**
      Creditor's email address, if known ■ No
                                         □ Yes
      **Date debt was incurred**          **Is anyone else liable on this claim?**
                                         ■ No
      **Last 4 digits of account number** □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
      **9886**
      **Do multiple creditors have an**   **As of the petition filing date, the claim is:**
      **interest in the same property?**   Check all that apply
      ■ No                               □ Contingent
      □ Yes. Specify each creditor,      □ Unliquidated
      including this creditor and its relative □ Disputed
      priority.

---

| 2.9 | **Bush Truck Leasing** | Describe debtor's property that is subject to a lien | $60,898.27 | $55,000.00 |
|---|---|---|---|---|

      Creditor's Name                    **2022 Freightliner P1200**
                                         **VIN#4UZAC3GA3NCNP6646**
      **6961 Cintas Blvd.**
      **Mason, OH 45040**
      Creditor's mailing address         **Describe the lien**
                                         **Auto Lease**
                                         **Is the creditor an insider or related party?**
                                         ■ No
      Creditor's email address, if known □ Yes
                                         **Is anyone else liable on this claim?**
      **Date debt was incurred**          □ No
                                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
      **Last 4 digits of account number**

      **Do multiple creditors have an**   **As of the petition filing date, the claim is:**
      **interest in the same property?**   Check all that apply
      ■ No                               □ Contingent
      □ Yes. Specify each creditor,      □ Unliquidated
      including this creditor and its relative □ Disputed
      priority.

---

| 2.1 0 | **Bush Truck Leasing** | Describe debtor's property that is subject to a lien | $60,000.00 | $55,000.00 |
|---|---|---|---|---|

      Creditor's Name                    **2022 Freightliner P1200**
                                         **VIN#4UZAC3GA8NCNM9636**
      **6961 Cintas Blvd.**
      **Mason, OH 45040**
      Creditor's mailing address         **Describe the lien**
                                         **Auto Lease**
                                         **Is the creditor an insider or related party?**
                                         ■ No

---

| Debtor | **VALCAL INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

| 2.1<br>1 | **Bush Truck Leasing** | Describe debtor's property that is subject to a lien | $58,613.48 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Freightliner P1200**
**4UZAC3GA1NCNM9638**

**6961 Cintas Blvd.**
**Mason, OH 45040**

Creditor's mailing address

**Describe the lien**
**Auto Lease**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

| 2.1<br>2 | **Bush Truck Leasing** | Describe debtor's property that is subject to a lien | $60,000.00 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Freightliner P1200**
**VIN#4UZAC3GAXNCNM9637**

**6961 Cintas Blvd.**
**Mason, OH 45040**

Creditor's mailing address

**Describe the lien**
**Auto Lease**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

Debtor  **VALCAL INC.**                                          Case number (if known) _____
_____
Name

| 2.1 3 | **Bush Truck Leasing** | Describe debtor's property that is subject to a lien | $58,613.48 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**6961 Cintas Blvd.
Mason, OH 45040**

Creditor's mailing address

**2022 Freightliner R1200
VIN#4UZAC3GAINCNP6645**

**Describe the lien**
**Auto Lease**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Channel Partners** | Describe debtor's property that is subject to a lien | $56,000.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 202131
Florence, SC 29502**

Creditor's mailing address

**2015 Ford F750
VIN#3FRNF7FA6FV745724**

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2022**
**Last 4 digits of account number**
**93IM**
**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Financial Pacific LeasingLLC** | Describe debtor's property that is subject to a lien | $67,250.09 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**3455 S. 344th Way #300
Auburn, WA 98001-9546**

Creditor's mailing address

**2021 Ford P1000
VIN#1F65F5KNZMOA10869**

**Describe the lien**
**Auto Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Debtor    **VALCAL INC.**                                                      Case number (if known) _____
        Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Financial Pacific Leasing LLC** | **Describe debtor's property that is subject to a lien** | $39,525.12 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

    **3455 S. 344th Way #300**
    **Auburn, WA 98001-9546**

**2006 Freightliner P1200**
**VIN#4UZAARBW76CW98861**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1066**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **North Mill Credit Trust** | **Describe debtor's property that is subject to a lien** | $140,000.00 | $27,000.00 |
|---|---|---|---|---|

Creditor's Name

    **9 Executive Circle**
    **Suite 230**
    **Irvine, CA 92614**

**2014 Freighliner P1200**
**VIN#4UZAAPDU8ECFP2252**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4298**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Oakmont Capital** | **Describe debtor's property that is subject to a lien** | $110,000.00 | $67,000.00 |
|---|---|---|---|---|

---

Debtor   **VALCAL INC.**
_____
Name

Case number (if known) _____

Creditor's Name

**2011 Freightliner P1000
VIN#4UZANPDU4BCAY0653**

**2005 Freightliner P1200
VIN#4UZAAPBW15CV02383**

**2013 Ford P1000
VIN#1F66F5KY5DOA04742**

**1398 Wilmington Pike
West Chester, PA 19382**
Creditor's mailing address

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1049**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.19 | **Oakmont Capital** | Describe debtor's property that is subject to a lien | $57,152.80 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name
**2023 Ford Ford Cutaway
VIN#1FDWE3FKXP0016865**

**1398 Wilmington Pike
West Chester, PA 19382**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8629**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.20 | **River Capital Finance LLC** | Describe debtor's property that is subject to a lien | $6,847.98 | $5,200.00 |
|---|---|---|---|---|

Creditor's Name
**7 handheld Xebra scanners**

**PO Box 933539
Cleveland, OH 44193**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

Debtor    **VALCAL INC.**                                    Case number (*if known*)

Name

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $1,391,353.55

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

**Fill in this information to identify the case:**

Debtor name      **VALCAL INC.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Ace Cash Express**<br>**300 E. John Carpenter Fwy**<br>**Suite 900**<br>**Irving, TX 75062**<br><br>Date(s) debt was incurred  **2/03/2023**<br>Last 4 digits of account number  **3844** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **NSF**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$977.87** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Business Prime**<br>**American Express**<br>**PO Box 6031**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **9/22**<br>Last 4 digits of account number  **1004** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **credit card purchases**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,500.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Comdata**<br>**RCPA**<br>**5511 Virginia Way #400**<br>**Brentwood, TN 37027**<br><br>Date(s) debt was incurred  **1/23**<br>Last 4 digits of account number  **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **fuel cards**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Corporate Turnaround**<br>**95 N. State Route 17**<br>**Suite 310**<br>**Paramus, NJ 07652**<br><br>Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Merchant Cash Advance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,370.82** |

Debtor    **VALCAL INC.**

_____    Case number *(if known)* _____
Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,000.00 |
|---|---|---|---|

**Credibly of Arizona LLC**
**270 Madison Avenue, Ste 1406**
**New York, NY 10016**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **178A**

Basis for the claim:  **Merchant Cash Advance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Double O Repair Services**
**2466 SW 147th Lane Rd**
**Ocala, FL 34473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0147**

Basis for the claim:  **Mechanical repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,000.00 |
|---|---|---|---|

**FedEx Ground**
**1000 FedEx Drive Moon**
**Coraopolis, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **contingency fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,000.00 |
|---|---|---|---|

**Heartland Payroll**
**13010 Morris Road**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **payroll service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Jason Sherman**
**777 S. Flagler Drive**
**800 W**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022**

Last 4 digits of account number  _

Basis for the claim:  **deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185,000.00 |
|---|---|---|---|

**Justin DeAngelis**
**16045 Rosemallow Ln**
**Alva, FL 33920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **routes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $290.00 |
|---|---|---|---|

**Kroger Check Recovery Center**
**PO Box 30650**
**Salt Lake City, UT 84130-0650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/25/2022**

Last 4 digits of account number  **3283**

Basis for the claim:  **NSF**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **VALCAL INC.**
_____          Case number _(if known)_ _____
         Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$5,350.00** |
|---|---|---|---|

**Mesly Florestal**
**11257 Chapel Gate Ln**
**Jacksonville, FL 32223**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __loan__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$15,000.00** |
|---|---|---|---|

**Payless Gas Station**
**10281-10909 County Line Rd**
**Madison, AL 35758**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  __11/22__

Last 4 digits of account number  __0909__

Basis for the claim:  __gas__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$3,123.81** |
|---|---|---|---|

**PNC Bank Recovery Department**
**Mail stop br-yb58-01-5**
**PO Box 5570**
**Cleveland, OH 44101**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __1671__

Basis for the claim:  __bank account balance__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$16,199.30** |
|---|---|---|---|

**Reliabile Premium Management**
**404 Great Oak Drive**
**Waite Park, MN 56387**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __worker's compensation__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$16,000.00** |
|---|---|---|---|

**Silicon Ledger**
**1113 Murfreesboro Road**
**Suite 106 #421**
**Franklin, TN 37064**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __services__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$515.11** |
|---|---|---|---|

**Velocitor Solutions**
**851 Blairhill Road**
**Charlotte, NC 28217**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __data and softwear service__

Is the claim subject to offset? ■ No  □ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$48,000.00** |
|---|---|---|---|

**Vivian Capital**
**486 Market Street**
**Newark, NJ 07105**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __2095,2135,2023__

Basis for the claim:  __loan__

Is the claim subject to offset? ■ No  □ Yes

Debtor    **VALCAL INC.**                                         Case number (if known) _____
       Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,395.06 |
|---|---|---|---|

**Wex Bank**
**PO Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/22**

Last 4 digits of account number  **4665**

Basis for the claim:  **fuel cards**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Credit Collection Services**<br>**Two Wells Avenue**<br>**Department 9134**<br>**Newton Center, MA 02459** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 663,721.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 663,721.97 |

---

---

**Fill in this information to identify the case:**

Debtor name   **VALCAL INC.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
  amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Independent Service Provider Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **FedEx Gorund Package System**<br>**1000 FedEx Drive**<br>**Coraopolis, PA 15108** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease with Scanners and Software** |
| State the term remaining | |
| List the contract number of any government contract | **FedEx Ground Package System** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Investor with ValCal, Inc.** |
| State the term remaining | |
| List the contract number of any government contract | **Jerry Gutierrez**<br>**14607 Round Mountain Rd**<br>**Leander, TX 78641** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Leases for 7 scanners** |
| State the term remaining | **18 remaining payments** |
| List the contract number of any government contract | **River Capital**<br>**PO Box 933539**<br>**Cleveland, OH 44193** |

Debtor 1   **VALCAL INC.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Investor with ValCal, Inc.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shipplier Inc**<br>**210 10th Avenue N #11**<br>**Jacksonville Beach, FL 32250** |

**Fill in this information to identify the case:**

Debtor name    **VALCAL INC.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Giovanni Martinez** | **820 De Le Bosque Longwood, FL 32779** | **North Mill Credit Trust** | ■ D  **2.17**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Giovanni Martinez** | **820 De Le Bosque Longwood, FL 32779** | **Allegiant Partners** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Giovanni Martinez** | **820 De Le Bosque Longwood, FL 32779** | **Allegiant Partners** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Giovanni Martinez** | **820 De Le Bosque Longwood, FL 32779** | **Oakmont Capital** | ■ D  **2.18**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Giovanni Martinez** | **820 De Le Bosque Longwood, FL 32779** | **Oakmont Capital** | ■ D  **2.19**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **VALCAL INC.**    Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Giovanni Martinez** | **820 De Le Bosque** **Longwood, FL 32779** | **Financial Pacific LeasingLLC** | ▪ D   **2.16** <br> ☐ E/F _____ <br> ☐ G _____ |

| 2.6 | **Giovanni Martinez** | **820 De Le Bosque**<br>**Longwood, FL 32779** | **Financial Pacific LeasingLLC** | ▪ D   **2.16**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Giovanni Martinez** | **820 De Le Bosque**<br>**Longwood, FL 32779** | **Channel Partners** | ▪ D   **2.14**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Giovanni Martinez** | **820 De Le Bosque**<br>**Longwood, FL 32779** | **River Capital Finance LLC** | ▪ D   **2.20**<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Giovanni Martinez** | **820 De Le Bosque**<br>**Longwood, FL 32779** | **Allegiant Partners** | ▪ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Giovanni Martinez** | **820 De Le Bosque**<br>**Longwood, FL 32779** | **Allegiant Partners** | ▪ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Giovanni Martinez** | **820 De Le Bosque**<br>**Longwood, FL 32779** | **Allegiant Partners** | ▪ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Giovanni Martinez** | **820 De Le Bosque**<br>**Longwood, FL 32779** | **Comdata** | ☐ D _____<br>▪ E/F   **3.3**<br>☐ G _____ |
| 2.13 | **Giovanni Martinez** | **820 De Le Bosque**<br>**Longwood, FL 32779** | **Business Prime** | ☐ D _____<br>▪ E/F   **3.2**<br>☐ G _____ |

| Debtor | **VALCAL INC.** | | Case number *(if known)* | |
|---|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Giovanni Martinez** | **820 De Le Bosque** **Longwood, FL 32779** | **Credibly of Arizona LLC** | ☐ D ____ ■ E/F **3.5** ☐ G ____ |
| 2.15 | **Giovanni Martinez** | **820 De Le Bosque** **Longwood, FL 32779** | **Corporate Turnaround** | ☐ D ____ ■ E/F **3.4** ☐ G ____ |
| 2.16 | **Giovanni Martinez** | **820 De Le Bosque** **Longwood, FL 32779** | **FedEx Ground** | ☐ D ____ ■ E/F **3.7** ☐ G ____ |
| 2.17 | **Giovanni Martinez** | **820 De Le Bosque** **Longwood, FL 32779** | **Jason Sherman** | ☐ D ____ ■ E/F **3.9** ☐ G ____ |
| 2.18 | **Giovanni Martinez** | **820 De Le Bosque** **Longwood, FL 32779** | **Silicon Ledger** | ☐ D ____ ■ E/F **3.16** ☐ G ____ |
| 2.19 | **Giovanni Martinez** | **820 De Le Bosque** **Longwood, FL 32779** | **Vivian Capital** | ☐ D ____ ■ E/F **3.18** ☐ G ____ |
| 2.20 | **Joshua Jones** | **632 Britten Way** **Macon, GA 31216** | **Credibly of Arizona LLC** | ☐ D ____ ■ E/F **3.5** ☐ G ____ |
| 2.21 | **Joshua Jones** | **632 Britten Way** **Macon, GA 31216** | **Bush Truck Leasing** | ■ D **2.10** ☐ E/F ____ ☐ G ____ |

Debtor __VALCAL INC._____    Case number *(if known)* _____

�no **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.22 | Joshua Jones | 632 Britten Way<br>Macon, GA 31216 | Bush Truck Leasing | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.23 | Joshua Jones | 632 Britten Way<br>Macon, GA 31216 | Bush Truck Leasing | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | Joshua Jones | 632 Britten Way<br>Macon, GA 31216 | Bush Truck Leasing | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | Joshua Jones | 632 Britten Way<br>Macon, GA 31216 | Bush Truck Leasing | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | Joshua Jones | 632 Britten Way<br>Macon, GA 31216 | Oakmont Capital | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | Joshua Jones | 632 Britten Way<br>Macon, GA 31216 | North Mill Credit Trust | ■ D __2.17__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | Joshua Jones | 632 Britten Way<br>Macon, GA 31216 | Financial Pacific LeasingLLC | ■ D __2.16__<br>☐ E/F ____<br>☐ G ____ |
| 2.29 | Joshua Jones | 632 Britten Way<br>Macon, GA 31216 | Allegiant Partners | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |

Debtor    __VALCAL INC._____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Joshua Jones** **632 Britten Way** **Macon, GA 31216** | **Allegiant Partners** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.31 | **Joshua Jones** **632 Britten Way** **Macon, GA 31216** | **Allegiant Partners** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.32 | **Justin DeAngelis** **16045 Rosemallow Lane** **Alva, FL 33920** | **Allegiant Partners** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.33 | **Justin DeAngelis** **16045 Rosemallow Lane** **Alva, FL 33920** | **Allegiant Partners** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.34 | **Melissa Martinez** **820 Dela Bosque** **Longwood, FL 32779** | **Wex Bank** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.35 | **Melissa Martinez** **820 De La Bosque** **Longwood, FL 32779** | **Allegiant Partners** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.36 | **Melissa Martinez** **820 De La Bosque** **Longwood, FL 32779** | **Allegiant Partners** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.37 | **Melissa Martinez** **820 Dela Bosque** **Longwood, FL 32779** | **Channel Partners** | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |

Debtor    **VALCAL INC.**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38  **Melissa Martinez** | **820 De La Bosque**<br>**Longwood, FL 32779** | **River Capital Finance**<br>**LLC** | ■ D  __2.20__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **VALCAL INC.**

United States Bankruptcy Court for the:   **MIDDLE DISTRICT OF FLORIDA**

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$848,096.30** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,247,970.47** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,112,447.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

---

Debtor    **VALCAL INC.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Channel Partners**<br>**PO Box 202131**<br>**Florence, SC 29502** | 1/31/2023,<br>2/03/2023,<br>2/08/2023,<br>2/22/2023,<br>2/27/2023,<br>3/31/2023 | $14,023.93 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Advantage Commerical Tires**<br>**3615 Evergreen Avenue**<br>**Jacksonville, FL 32206** | 5/01/2023 | $7,819.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Ally Financial** | **Over the last year** | $9,249.69 | **Vehicle loan for officers** |
| 4.2.  **Lincoln** | **Over the last year** | $11,585.04 | **vehicle payment for officers** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **VALCAL INC.** _____    Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Credibly of Arizona LLC vs. VALCAL INC., ET AL. CV2022-011949** | **Contract** | **Superior Court for the State of Arizona** | ☐ Pending ☐ On appeal ■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Delivery driver totaled truck in accident, VIN #1951** | **$15,000.00** | **11/2022** | **$25,000.00** |
| **Driver flipped vehicle onto it side on freeway, Accident was a total loss 2000 Freightliner P700, VIN #4UZA4FF45YCF81106** | **$0.00** | **12/2022** | **$14,000.00** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor  **VALCAL INC.** _____     Case number (if known) _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BransonLaw, PLLC**<br>**1501 E. Concord Street**<br>**Orlando, FL 32803** | **Attorney Fees** | **4/2023** | **$16,262.00** |
| | Email or website address<br>jeff@bransonlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **820 De La Bosque**<br>**Longwood, FL 32779** | **1/2021 to 1/03/2023** |

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

Debtor    **VALCAL INC.** _____    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC** | **XXXX-1671** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed in 12/2022 - negative $3500** | **Unknown** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **C & E Delivery** | | **2013 International Maxxforce VIN#1HTMMAAL4DH128501** | **$10,000.00** |

| Debtor | VALCAL INC. | Case number *(if known)* | |
|--------|-------------|--------------------------|---|

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Joaquin Torres** **142 W. Lakeview Avenue** **Suite 2060** **Lake Mary, FL 32746** | 1/2022-10/2022 |

Debtor    **VALCAL INC.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **Matthew Shiebler** **8180 NWE 36th Street** **Suite 327** **Miami, FL 33166** | **10/2022-1/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Rapid Ratings** **86 Chambers Street** **Suite 701** **New York, NY 10007** | **10/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Giovanni Martinez** | **820 De Le Bosque** **Longwood, FL 32779** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Melissa Martinez** | **820 De La Bosque** **Longwood, FL 32779** | **Secretary** | **20%** |

Debtor    **VALCAL INC.** _____    Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Chirst Over All Corp**<br>**Lidia Martinez** | **$37,055.00** | | **Employee** |
| | **Relationship to debtor**<br>**Mother's company** | | | |
| 30.2. | **Angelo Martinez** | **$104,064.00** | | **BC Manager** |
| | **Relationship to debtor**<br>**Brother** | | | |
| 30.3. | **Giovanni Martinez** | **$91,950.00** | | **Owner** |
| | **Relationship to debtor**<br>**Owner** | | | |
| 30.4. | **Melissa Martinez** | **$140,400.00** | | **Employee** |
| | **Relationship to debtor**<br>**Spouse** | | | |
| 30.5. | **Raul Gonzalez** | **$46,153.92** | | **Administrator** |
| | **Relationship to debtor**<br>**Brother-in-law** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   __VALCAL INC._____     Case number *(if known)* _____

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**May  2, 2023**_____

__**/s/ Giovanni Martinez**_____        __**Giovanni Martinez**_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __**President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **VALCAL INC.**                                         Case No. _____

Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May  2, 2023**                         Signature    **/s/ Giovanni Martinez**

                                                              **Giovanni Martinez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re    **VALCAL INC.**                                              Case No.
_____         Chapter    **11**
                                    Debtor(s)         _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May  2, 2023**                    **/s/ Giovanni Martinez**
_____          _____
                                    **Giovanni Martinez**/**President**
                                    Signer/Title

VALCAL INC.
309 Cranes Roost Bouolevard
Suite 2000
Altamonte Springs, FL 32701

Channel Partners
PO Box 202131
Florence, SC 29502

Financial Pacific LeasingLLC
3455 S. 344th Way #300
Auburn, WA 98001-9546

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Comdata
RCPA
5511 Virginia Way #400
Brentwood, TN 37027

Giovanni Martinez
820 De Le Bosque
Longwood, FL 32779

Abishek S Sallapudi
2261 Shadow Ridge Drive
Deltona, FL 32725

Corporate Turnaround
95 N. State Route 17
Suite 310
Paramus, NJ 07652

Heartland Payroll
13010 Morris Road
Alpharetta, GA 30004

Ace Cash Express
300 E. John Carpenter Fwy
Suite 900
Irving, TX 75062

Credibly of Arizona LLC
270 Madison Avenue, Ste 1406
New York, NY 10016

Jason Sherman
777 S. Flagler Drive
800 W
Palm Beach Gardens, FL 33418

Allegiant Partners
123 SW Columbia Street
Bend, OR 97702

Credit Collection Services
Two Wells Avenue
Department 9134
Newton Center, MA 02459

Jerry Gutierrez
14607 Round Mountain Rd
Leander, TX 78641

Ascentium Capital LLC
PO Box 202122
Florence, SC 29502

Double O Repair Services
2466 SW 147th Lane Rd
Ocala, FL 34473

Joshua Jones
632 Britten Way
Macon, GA 31216

Ascentium Capital LLC
23970 Hwy 59 N
Kingwood, TX 77339

FedEx Gorund Package System
1000 FedEx Drive
Coraopolis, PA 15108

Justin DeAngelis
16045 Rosemallow Ln
Alva, FL 33920

Bush Truck Leasing
6961 Cintas Blvd.
Mason, OH 45040

FedEx Ground
1000 FedEx Drive Moon
Coraopolis, PA 15108

Justin DeAngelis
16045 Rosemallow Lane
Alva, FL 33920

Business Prime
American Express
PO Box 6031
Carol Stream, IL 60197

FedEx Ground Package System

Kroger Check Recovery Center
PO Box 30650
Salt Lake City, UT 84130-0650

Melissa  Martinez
820 Dela Bosque
Longwood, FL 32779

River  Capital  Finance  LLC
PO Box 933539
Cleveland, OH 44193

Melissa  Martinez
820 De La Bosque
Longwood, FL 32779

Shipplier  Inc
210 10th Avenue N #11
Jacksonville Beach, FL 32250

Mesly  Florestal
11257 Chapel Gate Ln
Jacksonville, FL 32223

Silicon  Ledger
1113 Murfreesboro  Road
Suite  106 #421
Franklin, TN 37064

North  Mill  Credit  Trust
9 Executive Circle
Suite  230
Irvine, CA 92614

Velocitor  Solutions
851 Blairhill  Road
Charlotte, NC 28217

Oakmont  Capital
1398 Wilmington  Pike
West Chester, PA 19382

Vivian  Capital
486 Market  Street
Newark, NJ 07105

Payless  Gas  Station
10281-10909 County  Line  Rd
Madison, AL 35758

Wex  Bank
PO Box 6293
Carol Stream, IL 60197

PNC  Bank  Recovery  Department
Mail stop br-yb58-01-5
PO Box 5570
Cleveland, OH 44101

Reliabile  Premium  Management
404 Great  Oak  Drive
Waite Park, MN 56387

River  Capital
PO Box 933539
Cleveland, OH 44193

# United States Bankruptcy Court
## Middle District of Florida

In re  **VALCAL INC.** _____    Case No. _____

_____ Debtor(s)    Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **VALCAL INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  2, 2023** _____
Date

**/s/ Jeffrey S. Ainsworth** _____
**Jeffrey S. Ainsworth 060769**
Signature of Attorney or Litigant
Counsel for   **VALCAL INC.** _____
**BransonLaw, PLLC**
**1501 E. Concord Street**
**Orlando, FL 32803**
**407 894 6834 Fax:407 894 8559**
**jeff@bransonlaw.com**