**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No.: 6:23-bk-01675-TPG |
| | Chapter 11 |
| VALCAL INC., | Subchapter V |
| | EIN: 85-1773435 |
| Debtor. | |
| _____/ | |

## PROOF OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2023, a true and correct copy of the Order Granting Debtor's Motion for Authority to Pay Employees for Prepetition Wages and Certificate of Necessity and Request for Emergency Hearing (Document No. 23) has been provided electronically through the Court's CM/ECF filing system to all registered recipients, and via U.S. Mail to the attached matrix and to the following:

U.S. Trustee
400 W. Washington Street, Suite #1100
Orlando, FL  32801

Debtor, VALCAL INC.
309 Cranes Roost Boulevard
Suite 2000
Altamonte Springs, FL  32701

    */s/ Jeffrey S. Ainsworth*
JEFFREY S. AINSWORTH
Florida Bar No. 60769
JACOB D. FLENTKE
Florida Bar No. 25482
**BransonLaw, PLLC**
1501 E. Concord St.
Orlando, FL  32803
Phone:  407-894-6834
Fax:  407-894-8559
Primary E-mail:  jeff@bransonlaw.com
                jacob@bransonlaw.com
                jacob@flentkelegal.com
Secondary :      tammy@bransonlaw.com
                lisa@bransonlaw.com
Attorneys for Debtor

Label Matrix for local noticing
113A-6
Case 6:23-bk-01675-TPG
Middle District of Florida
Orlando
Mon May 22 13:52:24 EDT 2023

Oakmont Capital Services
c/o Dennis A. Dressler
Dressler Peters, LLC
101 W. Grand Ave.
Ste. 404
Chicago, IL 60654-7129

VALCAL INC.
309 Cranes Roost Bouolevard
Suite 2000
Altamonte Springs, FL 32701-3422

Abishek S Sallapudi
2261 Shadow Ridge Drive
Deltona, FL 32725-2844

Ace Cash Express
300 E. John Carpenter Fwy
Suite 900
Irving, TX 75062-2789

(p)ALLEGIANT PARTNERS  INC
123 SW COLUMBIA STREET
BEND OR 97702-3609

(p)ASCENTIUM CAPITAL
Attn: Dominic Diloreto
239070 US 59 North
Kingwood, TX 77339

Ascentium Capital LLC
PO Box 202122
Florence, SC 29502-2122

Bush Truck Leasing
6961 Cintas Blvd.
Mason, OH 45040-8923

Business Prime
American Express
PO Box 6031
Carol Stream, IL 60197-6031

Channel Partners
PO Box 202131
Florence, SC 29502-2131

Comdata
RCPA
5511 Virginia Way #400
Brentwood, TN 37027-7613

Corporate Turnaround
95 N. State Route 17
Suite 310
Paramus, NJ 07652-2626

Credibly of Arizona LLC
270 Madison Avenue, Ste 1406
New York, NY 10016-0601

Credit Collection Services
Two Wells Avenue
Department 9134
Newton Center, MA 02459-3225

Double O Repair Services
2466 SW 147th Lane Rd
Ocala, FL 34473-7578

FedEx Gorund Package System
1000 FedEx Drive
Coraopolis, PA 15108-9373

FedEx Ground
1000 FedEx Drive Moon
Coraopolis, PA 15108-9373

Financial Pacific LeasingLLC
3455 S. 344th Way #300
Auburn, WA 98001-9546

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Giovanni Martinez
820 De Le Bosque
Longwood, FL 32779-3002

Heartland Payroll
13010 Morris Road
Alpharetta, GA 30004-3873

Internal Revenue Service -
Post Office Box 7346
Philadelphia PA 19101-7346

Jason Sherman
777 S. Flagler Drive
800 W
Palm Beach Gardens, FL 33401-6163

Jerry Gutierrez
14607 Round Mountain Rd
Leander, TX 78641-4859

John Sampson
and Susan Sampson
1548 Shadowmoss Circle
Lake Mary, FL 32746-4426

Joshua Jones
632 Britten Way
Macon, GA 31216-4155

Justin DeAngelis
16045 Rosemallow Lane
Alva, FL 33920-4722

Kroger Check Recovery Center
PO Box 30650
Salt Lake City, UT 84130-0650

Melissa Martinez
820 De La Bosque
Longwood, FL 32779-3002

Melissa Martinez
820 Dela Bosque
Longwood, FL 32779-3002

Mesly Florestal
11257 Chapel Gate Ln
Jacksonville, FL 32223-8758

North Mill Credit Trust
9 Executive Circle
Suite 230
Irvine, CA 92614-4701


Oakmont Capital
1398 Wilmington Pike
West Chester, PA 19382-8218

Orlando Kitchens, LLC
dba Prestige Kitchen & Bath
152 North 4th Street
Lake Mary, FL 32746-2956

PNC Bank Recovery Department
Mail stop br-yb58-01-5
PO Box 5570
Cleveland, OH 44101-0570


Payless Gas Station
10281-10909 County Line Rd
Madison, AL 35758

Reliabile Premium Management
404 Great Oak Drive
Waite Park, MN 56387-2504

River Capital
PO Box 933539
Cleveland, OH 44193-0050


River Capital Finance LLC
PO Box 933539
Cleveland, OH 44193-0050

Santander Consumer USA Inc.
Post Office Box 961245
Fort Worth, TX 76161-0244

Santander Consumer USA, Inc.
PO Box 560284
Dallas, TX 75356-0284


Seminole County Tax Collector
Post Office Box 630
Sanford FL 32772-0630

Shipplier Inc
210 10th Avenue N #11
Jacksonville Beach, FL 32250-7258

Silicon Ledger
1113 Murfreesboro Road
Suite 106 #421
Franklin, TN 37064-1307


Velocitor Solutions
851 Blairhill Road
Charlotte, NC 28217-1516

Vivian Capital
486 Market Street
Newark, NJ 07105-2916

Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293


Aaron R. Cohen +
P.O. Box 4218
Jacksonville, FL 32201-4218

Robert B Branson +
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803-5411

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210


Dennis A Dressler +
Dressler Peters LLC
101 W. Grand Ave.
Ste. 404
Chicago, IL 60654-7129

Jeffrey Ainsworth +
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803-5411

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210


Jacob D Flentke +
BransonLaw, PLLC
1501 East Concord Street
Orlando, FL 32803-5411

Tiffany P. Geyer +
Orlando
400 West Washington Street
Room 6100
Orlando, FL 32801-2207

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Allegiant Partners                          Ascentium Capital LLC
123 SW Columbia Street                      23970 Hwy 59 N
Bend, OR 97702                              Kingwood, TX 77339


            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Albert Gibbons                 (u)FedEx Ground Package System              (d)Justin DeAngelis
                                                                             16045 Rosemallow Ln
                                                                             Alva, FL 33920-4722


(u)Luis Barragan                  (d)Oakmont Capital Services                (u)Richard Godwin
                                  c/o Dennis A. Dressler
                                  Dressler Peters, LLC
                                  101 W. Grand Ave., Ste. 404
                                  Chicago, IL 60654-7129


(u)Note: Entries with a '+' at the end of the     End of Label Matrix
name have an email address on file in CMECF       Mailable recipients    55
-------------------------------------------       Bypassed recipients     7
Note: Entries with a '-' at the end of the        Total                  62
name have filed a claim in this case